UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:97-cr-00333-MOC

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LEROY JOSEPH KELLY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's letter dated September 4, 2018 to Public Defender Caleb H. Newman. Defendant forwarded a copy of the letter to the Court, which was received on September 11, 2018. Review of defendant's letter reveals that it concerns defendant's Section 2255 petition, 3:16-cv-465, which is pending.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court file defendant's letter (#97) in 3:16-cv-465.
.

Signed: September 14, 2018

Max O. Cogburn Jr
United States District Judge

1