UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97-cr-333-MOC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LEROY J. KELLY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's "Pro Se Emergency Motion for Judicial Recommendation." (Doc. No. 99).

**IT IS ORDERED** that the Government shall submit a brief in response to defendant's motion within ten days.

Signed: December 6, 2019

Max O. Cogburn Jr
United States District Judge